United States District Court

Eastern District of California

Herbert Owens,

      Plaintiff,

vs.

Suzan Hubbard, et al.,

      Defendants.

No. Civ. S 01-0127 FCD PAN P

Order

-oOo-

Good cause appearing, the pretrial conference and trial dates set in the July 13, 2004, scheduling order are vacated because defendants' January 3, 2005, motion for summary judgment is pending.

So ordered.

Dated: June 23, 2005.

                                           /s/ Peter A. Nowinski
                                           PETER A. NOWINSKI
                                           Magistrate Judge